Opinion issued December 15, 2011.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00953-CV

———————————

United
Central bank,
Appellant

V.

jle
investors, inc., d/b/a associated mortgage investors, Appellee



 



 

On Appeal from the 125th District Court 

Harris County, Texas



Trial Court Cause No. 2011-39622

 



MEMORANDUM OPINION

This is an appeal from an interlocutory
order signed October 31, 2011.  On November
3, 2011, the parties filed a joint motion to dismiss the appeal. See Tex.
R. App. P. 42.1. The motion is granted and the appeal is dismissed.  See Tex.
R. App. P. 42.1(a)(2), 43.2(e).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Chief
Justice Radack and Justices Bland and Huddle.